CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
February 05, 2026
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ROBERT MCKINLEY BLANKENSHIP,** | )<br>) |
| Petitioner, | )   Case No. 7:25CV00828<br>) |
| v. | )   **OPINION**<br>) |
| **CHADWICK S. DOTSON,** | )   JUDGE JAMES P. JONES<br>) |
| Respondent. | )<br>)<br>) |

*Robert Mckinley Blankenship, Pro Se Petitioner.*

The petitioner, a Virginia inmate proceeding pro se, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.  Blankenship challenges his 2015 convictions in the Tazewell Circuit Court, in Tazewell, Virginia for attempted rape, indecent liberties under 15 years of age, abduction with intent to defile, assault and battery, and contributing to delinquency of a minor.  I find that the petition must be dismissed under 28 U.S.C. § 2244(b).

According to Blankenship's petition and online court records, Blankenship has filed prior unsuccessful state and federal habeas petitions regarding his underlying conviction.[1]  In the present petition, Blankenship asserts claims regarding

---

[1] Blankenship also admits that he currently has a habeas petition pending in a state court, as well as an appeal of a different case related to the same underlying facts pending before the Supreme Court of Virginia.  Pet. Claims 3, Dkt. No. 1-1.

misconduct by court-appointed attorneys and prosecuting attorneys, as well as error by the circuit court. However, I cannot consider the merits of Blankenship's claims under the circumstances.

Pursuant to 28 U.S.C. § 2244, a federal district court may only consider a second or successive § 2254 petition if the petitioner moves the appropriate appellate court for an order authorizing the district court to consider the application. § 2244(b)(3)(A). Blankenship has previously filed a § 2254 petition in this court concerning the same convictions and sentence. *See Blankenship v. Clark*, No. 7:23CV00174 (W.D. Va. Aug. 2, 2023) (dismissing § 2254 petition as untimely), *appeal dismissed*, No. 23-6843 (4th Cir. Dec. 27, 2023). There is no evidence that Blankenship has obtained a certification from the Fourth Circuit Court of Appeals to file a second § 2254 petition; therefore, I must dismiss this action without prejudice.

Accordingly, Blankenship's Petition for Writ of Habeas Corpus will be dismissed without prejudice, and all pending motions denied as moot.

A separate Judgment will be entered herewith.

    ENTER: February 5, 2026

    /s/  JAMES P. JONES
    Senior United States District Judge